UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSAN M. AMOS,

    Plaintiff,

v.    Case No. 6:15-cv-1912-Orl-37GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

Richard A. Culbertson ("**Culbertson**") moves for authorization to charge his client, Susan M. Amos ("**Plaintiff**"), attorney's fees. (Doc. 29 ("**Motion**").) Culbertson has a 25% contingent fee agreement with Plaintiff; he successfully represented her in federal court, obtaining a reversal of the Commissioner of Social Security's decision denying disability benefits—resulting in an award of $73,716.52 in past-due Social Security Disability benefits. (Doc. 23; Doc. 29, ¶¶ 1–2.) Culbertson now seeks $14,274.66 in attorney's fees.[1] (Doc. 29, ¶ 3.) On referral, United States Magistrate Judge Thomas B. Smith recommends granting the Motion, finding the amount reasonable based on the work performed and the results obtained. (Doc. 30 ("**R&R**").)

The parties filed a joint notice of no objection to the R&R. (Doc. 31.) Absent

---

[1] This amount equals 25% of the past-due benefits minus the Equal Access to Justice Act fees awarded. (*See* Doc. 28; Doc. 29, ¶ 3.)

-1-

objection, the Court reviewed the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court adopts the R&R (Doc. 30) in full.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 30) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. 29) is **GRANTED.**

3. Richard A. Culbertson is **AUTHORIZED** to charge Plaintiff Susan M. Amos $14,274.66 in attorney's fees.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 31, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record